THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CASCADE YARNS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRAFTS AMERICANA GROUP, INC., doing business as KNIT PICKS, <br><br> Defendant. | Case No.  3:09-CV-05800-RJB <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CRAFTS AMERICANA GROUP, INC. TO COMPLY WITH THE COURT'S JULY 6, 2010 ORDER TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION** <br><br> Note on Motion Calendar:  August 9, 2010 |

On July 6, 2010, this Court entered its Order on Plaintiff Cascade Yarns, Inc.'s Motion to Compel and Motion for Entry of Protective Order and for Attorney's Fees and on Defendant Knit Picks' Motion for Protective Order (Dkt. # 44).  Pursuant to that Order, Defendant must respond to Interrogatory Nos. 4 and 5 and Requests for Production Nos. 1, 2, 3, 4, 9, 10, 12 and 15, within twenty (20) days of the Court's July 6 Order.  Since the entry of the July 6 Order, counsel have engaged in ongoing meet and confer efforts and have made progress toward resolution of certain of the discovery issues raised in the motion to compel.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
FOR DEFENDANT TO COMPLY WITH COURT'S JULY 6, 2010
ORDER [CASE NO. 3:09-CV-05800-RJB] - 1

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
ONE MARITIME PLAZA, SUITE 300
SAN FRANCISCO, CALIFORNIA  94111-3492
415.954.0200 FAX: 415.393.9887

13834-7006/LEGAL18903444.1

1  The parties stipulated to extend this deadline to allow them to explore settlement and
2  continue to confer on discovery issues. (Dkt. # 49). The Court granted that request. (Dkt. # 51).
3  To allow the parties to continue to pursue settlement discussions, on which they have already
4  made real progress, the parties agree to extend to September 3, 2010, the deadline for Defendant
5  to comply with the Court's Order of July 6.

| PERKINS COIE LLP | SQUIRE SANDERS & DEMPSEY L.L.P. |
|---|---|
| By: s/ Holly M. Simpkins, WSBA #33297<br>    Holly M. Simpkins, WSBA No. 33297<br>    HSimpkins@perkinscoie.com<br>    William C. Rava, WSBA No. 29948<br>    WRava@perkinscoie.com<br>    Perkins Coie LLP<br>    1201 Third Avenue, Suite 4800<br>    Seattle, WA 98101-3099<br>    Telephone:   (206) 359-8000<br>    Facsimile:    (206) 359-9000<br>ATTORNEYS FOR DEFENDANT | By: s/ Robert J. Guite, WSBA No.25753<br>    Robert J. Guite, WSBA No.25753<br>    rguite@ssd.com<br>    Squire Sanders & Dempsey, L.L.P.<br>    One Maritime Plaza, Suite 300<br>    San Francisco, CA 94111-3492<br>    Telephone:   (415) 954-0200<br>    Facsimile:    (415) 393-9887<br>ATTORNEYS FOR PLAINTIFF |

## ORDER

For good cause shown, and based on the stipulation of counsel, this deadline for compliance with this Court's Order of July 6, 2010 is hereby extended to September 3, 2010.

IT IS SO ORDERED

DATED this 12th day of August, 2010.

*/s/ Robert J. Bryan/*

ROBERT J. BRYAN
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
FOR DEFENDANT TO COMPLY WITH COURT'S JULY 6, 2010
ORDER [Case No. 3:09-CV-05800-RJB] - 2

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
ONE MARITIME PLAZA, SUITE 300
SAN FRANCISCO, CALIFORNIA 94111-3492
415.954.0200 FAX: 415.393.9887

13834-7006/LEGAL18903444. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2010, I made arrangements for my assistant to electronically file the foregoing Stipulation and Proposed Order Extending Time for Defendant Crafts Americana Group, Inc. to Comply with the Court's July 6, 2010 Order to Respond to Interrogatories and Requests for Production with the Clerk of the Court using the CM/ECF system which will send notice to counsel as follows:

**Counsel for Plaintiff**

Robert J. Guite, WSBA #25753
Squire Sanders & Dempsey LLP
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:   415.954.0235
Facsimile:   415.393.9887
email:   rguite@ssd.com

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

DATED at Seattle, Washington this 9th day of August, 2010.

s/ Holly M. Simpkins, WSBA #33297
HSimpkins@perkinscoie.com
William C. Rava, WSBA #29948
WRava@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
FOR DEFENDANT TO COMPLY WITH COURT'S JULY 6, 2010
ORDER [Case No. 3:09-CV-05800-RJB] - 3

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
ONE MARITIME PLAZA, SUITE 300
SAN FRANCISCO, CALIFORNIA  94111-3492
415.954.0200 FAX: 415.393.9887

13834-7006/LEGAL18903444. 1